UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. FRISK, et al.,<br><br>    Defendants. | Case No. 15-cv-03287-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 14, 2015

_____
SUSAN ILLSTON
United States District Judge